HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_bockmon@fd.org

Attorney for Defendant
JASON HIMMELBERGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:18-PO-00694 JDP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **WAIVER OF PERSONAL APPEARANCE;** |
| v. | ) | **AND REQUEST TO APPEAR BY VIDEO** |
| | ) | **CONFERENCE** |
| JASON HIMMELBERGER, | ) | |
| | ) | Date: May 7, 2019 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Jeremy D. Peterson |
| | ) | |

    Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, JASON HIMMELBERGER, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his Initial Appearance and be allowed to appear via video conference from the United States District Court in Riverside, California. Mr. Himmelberger agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Matthew C. Bockmon, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent him interests at all times. The government has no objection to this request.

    Mr. Himmelberger respectfully request this Court grant a waiver of is right and obligation to be personally present at the Initial Appearance and that he be permitted to appear via video

///

///

conference from the United States District Court in Riverside, California. Travel to Yosemite National Park represents a financial hardship.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 23, 2019   */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for DOMENICO MATINATA

McGREGOR W. SCOTT
United States Attorney

Dated: April 23, 2019   */s/ Matthew C. Bockmon for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

# **O R D E R**

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Riverside, California for his Initial Appearance on May 7, 2019 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.

Dated:   April 29, 2019

UNITED STATES MAGISTRATE JUDGE