HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JASON HIMMELBERGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:18-PO-00694 JDP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE STATUS CONFERENCE AND** |
| | ) | **WAIVER OF PERSONAL APPEARANCE;** |
| JASON HIMMELBERGER, | ) | **AND REQUEST TO APPEAR BY VIDEO** |
| | ) | **CONFERENCE** |
| Defendant. | ) | |
| | ) | Date: June 18, 2019 |
| | ) | Time: 10:00 a.m. |
| | | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Jason Himmelberger, through his attorney Assistant Federal Defender Linda C. Allison, that the initial appearance scheduled for June 18, 2019, may be continued to June 25, 2019, at 10:00 a.m.

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, JASON HIMMELBERGER, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his Initial Appearance and be allowed to appear via video conference from the United States District Court in Seattle, Washington. Mr. Himmelberger agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Linda C. Allison, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent him interests at all times. The government has no objection to this request.

-1-

Mr. Himmelberger respectfully request this Court grant a waiver of is right and obligation to be personally present at the Initial Appearance and that he be permitted to appear via video conference from the United States District Court in Seattle, Washington. Travel to Yosemite National Park represents a financial hardship.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 13, 2019         */s/ Linda C. Allison*_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for JASON HIMMELBERGER


McGREGOR W. SCOTT
United States Attorney

Dated: June 13, 2019         */s/ Linda C. Allison for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

# O R D E R

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Seattle, Washington for his Initial Appearance on June 25, 2019 at 10:00 a.m. is hereby accepted and adopted. The initial appearance is now continued from June 18, 2019 to June 25, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 14, 2019                              _____
                                                    UNITED STATES MAGISTRATE JUDGE